IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02669-JLK

EMMETT LARSEN,

    Applicant,

v.

DEAN WILLIAMS, Executive Director, Colorado Department of Corrections,
PHILIP J. WEISER, Attorney General, State of Colorado,

    Respondents.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered by Senior District Judge John L. Kane on November 20, 2019, it is

ORDERED that Larsen's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254 (Filed 10/18/2018; Doc. No. 1) is CONDITIONALLY GRANTED on his first claim for relief. Unless the state courts take action to remedy the constitutional violation detailed in this Order within 90 days, Larsen SHALL BE RELEASED FROM CUSTODY forthwith. It is

FURTHER ORDERED that Larsen's second claim for relief is DENIED.

Dated at Denver, Colorado this 21st day of November, 2019.

                                        FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                          By:  s/  B. Abiakam
                                      B. Abiakam
                                      Deputy Clerk